# EXHIBIT A

# INSTALLATION INSTRUCTIONS
## Over The Range Microwave Oven

## BEFORE YOU BEGIN
*Read these instructions completely and carefully.*

- **IMPORTANT** Save these instructions for local inspector's use.
- **IMPORTANT** Observe all governing codes and coordinates.
- **NOTE TO INSTALLER** – Be sure to leave these instructions with the Consumer.
- **NOTE TO CONSUMER** – Keep these instructions for future reference.
- **SKILL LEVEL** – Installation of this appliance requires basic mechanical and electrical skills.

- Proper installation is the responsibility of the installer.
- Product failure due to improper installation is not covered under the Warranty.
- Please read all instructions thoroughly before installing the Over the Range Microwave Oven. Two people are recommended to install this product.
- If a new electrical outlet is required, its installation should be completed by a qualified electrician before the Microwave Oven is installed. See **3 ELECTRICAL GROUNDING INSTRUCTIONS** on page 2.

## 1  MOUNTING SPACE

This Microwave Oven/Hood requires a mounting space on a wall as shown in Figure 1. It is designed to be used with standard 12" wall cabinets.



12"
30"
15.5"
Backsplash
At least 2"
30" or more from cooking surface
66" or more from floor

**Figure 1**

As a guide to installation, see page 8 for Mounting Template Information.

## 2  WALL CONSTRUCTION

This Microwave Oven/Hood should be mounted against and supported by a flat vertical wall. The wall must be flat for proper installation. If the wall is not flat, use spacers to fill in the gaps. Wall construction should be a minimum of 2" x 4" wood studding and ⅜" or more thick dry wall or plaster/lath. The mounting surfaces must be capable of supporting weight of 110 pounds—the oven and contents—AND the weight of all items which would normally be stored in the top cabinet above the unit.

**The unit should be attached to a minimum of one 2" x 4" wall stud or two 2" x 3" wall studs.**

To find the location of the studs, one of the following methods may be used:

A. Use a stud finder, a magnetic device which locates the nails in the stud.

B. Use a hammer to tap lightly across the mounting surface to find a solid sound. This will indicate stud location.

The center of the stud can be located by probing the wall with a small nail to find the edges of the stud and then placing a mark halfway between the edges. The center of any adjacent studs will normally be 16" or 24" to either side of this mark.

### NEED HELP?
For customers in the United States and Canada
United States: 1-800-944-9044
Canada: 1-800-265-8352

**READ CAREFULLY. KEEP THESE INSTRUCTIONS.**

316495062
February 2011
TINSEB221WRRZ-EL91
Printed in Thailand

# INSTALLATION INSTRUCTIONS

## 3 ELECTRICAL GROUNDING INSTRUCTIONS

This appliance must be grounded. This oven is equipped with a cord having a grounding wire with a grounding plug. It must be plugged into a wall receptacle that is properly installed and grounded in accordance with the National Electrical Code and local codes and ordinances. In the event of an electrical short circuit, grounding reduces risk of electric shock by providing an escape wire for the electric current.

**WARNING** - Improper use of the grounding plug can result in a risk of electric shock.

### ELECTRICAL REQUIREMENTS

The oven is equipped with a 3-prong grounding plug. DO NOT UNDER ANY CIRCUMSTANCES CUT OR REMOVE THE GROUNDING PIN FROM THE PLUG.

DO NOT USE AN EXTENSION CORD.

The Power Supply Cord and plug must be connected to a separate 120 Volt AC, 60 Hz, 15 Amp, or more branch circuit, single grounded receptacle. The receptacle should be located inside the cabinet directly above the Microwave Oven mounting location as shown in Figure 2.

### NOTE:

1. If you have any questions about the grounding or electrical instructions, consult a qualified electrician or serviceperson.

2. Neither Electrolux nor the dealer can accept any liability for damage to the oven or personal injury resulting from failure to observe the correct electrical connection procedures.



Ground Receptacle

Opening for Power Cord

**Figure 2**

## 4 HOOD EXHAUST DUCT

When the hood is vented to the outside, a hood exhaust duct is required. All ductwork must be metal; absolutely do not use plastic duct. Check that all connections are made securely. Please read the following carefully:

**EXHAUST CONNECTION:** The hood exhaust has been designed to connect to a standard 3 1/4" x 10" rectangular duct. If round duct is required, a rectangular-to-round adapter must be used.

**REAR EXHAUST:** If a rear or horizontal exhaust is to be used, care should be taken to align the exhaust with the space between the studs, or wall should be prepared at the time it is constructed by leaving enough space between wall studs to accommodate exhaust.

**MAXIMUM DUCT LENGTH:** For satisfactory air movement, the total duct length of 3 1/4" x 10" rectangular or 6" diameter round duct should not exceed 140 feet.

Elbows, adapters, wall caps, roof caps, etc. present additional resistance to air flow and are equivalent to a section of straight duct which is longer than their actual physical size. When calculating the total length, add the equivalent lengths of all transitions and adapters plus the length of all straight duct sections. Figure 3 shows the approximate feet of equivalent length of some typical ductwork parts. Use the values in parentheses for calculating air flow resistance equivalent, which should total less than 140 feet.



| 90° Elbow (10 ft.) | 45° Elbow (5 ft.) | Adaptor (5 ft.) | 10" Wide Elbow (10 ft.) |
| 90° Elbow (25 ft.) | 45° Elbow (5 ft.) | Wall cap (40 ft.) | Roof cap (24 ft.) |

**Figure 3**

## INSTALLATION INSTRUCTIONS

## 5  TOOLS RECOMMENDED FOR INSTALLATION

- Phillips Screwdriver
- Electric Drill
- $1/2"$, $5/8"$ and $3/32"$ Drill Bits
- $1 1/2"$ Wood Bit or Metal Hole Cutter (if metal cabinet is used)
- Saw to cut exhaust opening (if needed)
- Protective Drop Cloth for product and range - you may also use carton for protection
- Scissors
- Pencil
- Measure
- Tape

## 6  INSTALLATION HARDWARE

The INSTALLATION HARDWARE (items①-⑦) packed with the oven should contain the following:

| Item | Name | Quantity |
|------|------|----------|
| ① | Wood Screw 5 x 35 mm | 6 |
| ② | Toggle Bolt $3/16"$ | 4 |
| ③ | Top Cabinet Screw 5 x 85 mm | 2 |
| ④ | Flat Washer 30 mm diameter | 2 |
| ⑤ | Grommet | 1 |
| ⑥ | Tapping Screw 4 x 8 mm | 4 |
| ⑦ | Exhaust Damper Assembly | 1 |
| ⑧ | Grease Filter | 2 |



**Figure 4**

**Parts shown not to common scale.**

## 7  PREPARATION OF THE OVEN

1.  Open the bottom of the carton, bend the carton flaps back and tilt the oven over to rest on plastic foam pad. Lift carton off oven and remove all packing materials, Installation Instructions, Wall Template, Top Template, Charcoal Filter, Turntable and Turntable Support; however, DO NOT REMOVE THE WAVEGUIDE COVER, which is located on the ceiling in the oven cavity. SAVE THE CARTON AS IT MAY MAKE INSTALLATION EASIER.

2.  CHECK THE OVEN.

    Check the oven for any damage, such as misaligned or bent door, damaged door seals and sealing surfaces, broken or loose door hinges and latches and dents inside the cavity or on the door. If there is any damage, do not operate the oven and contact your dealer or Electrolux AUTHORIZED SERVICER.



**Mounting Plate**

**Figure 5**

E3

# INSTALLATION INSTRUCTIONS

## 8  VENTILATION SYSTEM
### (PREPARING OVEN FOR INSTALLATION)

This microwave oven/hood is designed for adaptation to three types of hood ventilation systems. Select the type required for your installation.

**RECIRCULATING** — non-vented, ductless.
Follow installation procedure (A). Recirculating requires the use of the Charcoal Filter, which has already been installed in the oven.

**HORIZONTAL EXHAUST** — outside ventilation.
Follow installation procedure (B).

**VERTICAL EXHAUST** — outside ventilation.
Follow installation procedure (C).

### (A) RECIRCULATING: NON-VENTED, DUCTLESS OPERATION

1. The unit is shipped assembled for recirculating.
2. The Exhaust Damper Assembly is not required for recirculating exhaust.
3. Charcoal Filter, which was installed in your microwave oven, is used for nonvented, recirculated installation. The Charcoal Filter should be replaced every 6 to 12 months, depending on use. Remove three Hood Louver screws. Tilt the Hood louver downward then pull it out so bottom tabs become unlocked. Pull the Charcoal Filter upward to remove from your oven. Attach the Charcoal Filter to the upper side of the oven by sliding into the tabs. See Figure 6-1, 6-2.



**Figure 6-1**



**Figure 6-2**

### (B) HORIZONTAL EXHAUST: OUTSIDE VENTILATION

1. Remove and save 2 screws from back edge and 1 screw from the top center of Fan Cover Bracket. Remove Fan Cover Bracket by sliding it in the opposite direction of the arrow on the Fan Cover Bracket, as shown in Figure 7.
2. Withdraw Hood Fan Unit carefully and slip wires out of Wire Box. See Figure 8.
   **CAUTION: Do not pull or stretch hood fan wiring.**
3. Rotate the Hood Fan Unit and turn end-over-end so that the fan blade openings are facing the back of the oven. Replace Hood Fan Unit into the oven. Be careful not to pinch the lead wire between the inner bracket and the Hood Fan Unit. See Figure 9.
4. Put the lead wire into Wire Box. See Figure 10.
5. Replace the Fan Cover Bracket by sliding it into the slits in the same direction as the arrow on the Fan Cover Bracket. Make sure the fan blades are visible through the rear openings in the oven before proceeding. Attach Fan Cover Bracket to unit with 3 screws, which were removed in Step 1 above. See Figure 11. The Hood Fan Unit is now rotated for horizontal exhaust operation.
6. Attach the Exhaust Damper Assembly to the back of the unit. See Figure 10. Use two Tapping Screws 4 x 8 mm from the INSTALLATION HARDWARE and tighten into place.



**Figure 7**

**Figure 8**

**Figure 9**

E4

# INSTALLATION INSTRUCTIONS



**Fan Cover Bracket**

**Exhaust Damper Assembly**

**Tapping Screw**

**Figure 10**



Rotate 90°

**Figure 11**

## 8  VENTILATION SYSTEM
### (PREPARING OVEN FOR INSTALLATION)

### (C) VERTICAL EXHAUST: OUTSIDE VENTILATION

1. Remove and save 2 screws from back edge and 1 screw from the top center of the Fan Cover Bracket. Remove Fan Cover Bracket by sliding it in the opposite direction of the arrow on the Fan Cover Bracket as shown in Figure 7.

2. Withdraw Hood Fan Unit carefully and slip wires out of Wire Box. See Figure 8.
   **CAUTION: Do not pull or stretch hood fan wiring.**

3. Turn the Hood Fan Unit end-over-end. Rotate the Hood Fan Unit 90˚ so that the fan blade openings are facing upward. Replace Hood Fan Unit into the oven. Be careful not to pinch the lead wire between the inner bracket and the Hood Fan Unit. See Figure 11.

4. Put the lead wire into Wire Box. See Figure 11.

5. Replace the Fan Cover Bracket by sliding it into the slits in the same direction as the arrow on the Fan Cover Bracket. Make sure the fan blades are visible through the top openings in the oven before proceeding. Attach the Fan Cover Bracket to unit with 3 screws, which were removed in Step 1 above. See Figure 10. The Hood Fan Unit is now rotated for vertical exhaust operation.

6. Attach the Exhaust Damper Assembly to the fan cover bracket on the top of the outercase cabinet after mounting the oven. To attach the Exhaust Damper Assembly, refer to MOUNTING OVEN TO THE WALL, page 6 Figure 17.

## 9  OVEN INSTALLATION

THIS OVEN CANNOT BE PROPERLY INSTALLED WITHOUT REFERRING TO THE MOUNTING INSTRUCTIONS FOUND ON BOTH TEMPLATES.

THE NEXT STEP IS TO READ AND FOLLOW MOUNTING INFORMATION ON BOTH TOP CABINET AND WALL TEMPLATES.

**NOTE:** THIS OVEN SHOULD BE ATTACHED TO AT LEAST ONE WALL STUD.

### MOUNTING PLATE

1. Separate 4 Toggle Bolts, packed in the INSTALLATION HARDWARE, from the Toggle Nuts.

2. **IMPORTANT** **Use the mounting template provided to Use wood screws to attach mounting plate to the stud or studs. Use Toggle Bolts to attach mounting plate through the holes UNLESS THOSE HOLES ARE LOCATED ON THE STUD. Insert one Toggle Bolt where appropriate (these correspond to holes of the Wall Template) and put the Toggle Nuts onto the Toggle Bolts. Figure 13. Refer to instructions in Wall Template.**



3. Position the Mounting Plate with the Toggle Bolts attached at the wall location and insert Toggle Nuts and Bolts through the holes in the wall with the Toggle Nuts closed. Figure 15. Use Wood Screws to attach the Mounting Plate to studs.

   **NOTE:** Before insertion, be sure you leave a space more than the thickness of the wall between the Mounting Plate and the end of each of the Toggle Nuts (in the closed position). If you do not leave enough space, the Toggle Nut will not be able to open on the other side of the wall. Also, once a Toggle Nut opens, it cannot be withdrawn from the hole; therefore make sure all of the Toggles are in the correct position before insertion.

4. Align the Mounting Plate carefully and hold in position while tightening Toggle Bolts. Pull Toggle Bolt toward you and turn clockwise to tighten. Figure 14.

# INSTALLATION INSTRUCTIONS

## 9   OVEN INSTALLATION cont.



**Figure 12**



**Figure 13**

**Figure 14**



**Figure 15**



Tapping Screw

**Figure 16**



Tapping Screw

**Figure 17**

### MOUNTING OVEN TO THE WALL

Two people are recommended to attach the Microwave Oven/Hood to the Mounting Plate.

1. Thread the power supply cord through the hole made in the bottom of the top cabinet.

2. Install the oven by tilting it forward and sliding it onto the tabs of the Mounting Plate. Rotate the oven up so it rests against the wall. See Figure 15.

3. Use the two Top Cabinet Screws and two Flat Washers, supplied in the INSTALLATION HARDWARE, to attach the unit to the top cabinet. See Figure 16.

4. Secure the bottom of the oven to the Mounting Plate by using two Tapping Screws 4 x 8 mm from the INSTALLATION HARDWARE. See Figure 16.

# INSTALLATION INSTRUCTIONS

## CHECKLIST FOR INSTALLATION

1. Make sure the unit has been installed according to all of the Installation Instructions and the Wall and Top Cabinet Templates.

2. Plug in the power cord.

3. Keep the Operation Manual.



E8

| INSTRUCCIONES DE INSTALACIÓN | Sobre la estufa Horno Microondas |
|---|---|

## ANTES DE COMENZAR

*Lea estas instrucciones completamente y cuidadosamente.*

- **IMPORTANTE** Guarde estas instrucciones para uso por parte del inspector local.

- **IMPORTANTE** Cumpla todos los códigos y ordenanzas vigentes.

- **NOTA PARA EL INSTALADOR** – Asegúrese de entregar estas instrucciones al Consumidor.

- **NOTA PARA EL CONSUMIDOR** – Guarde estas instrucciones para referencia futura.

- **VIVEL DE CONOCIMIENTO** – La instalación de este aparato requiere conocimientos básicos de mecánica y electricidad.

- La instalación apropiada es responsabilidad del instalador.

- La falla del producto por instalación inapropiada no está cubierta por la garantía.

- Por favor lea cuidadosamente todas las instrucciones antes de instalar el horno microondas "Over the Range". Se recomiendan dos personas para instalar este producto.

- Si se requiere un tomacorriente eléctrico nuevo, su instalación debe ser realizada por un electricista calificado antes de instalar el horno microondas. Véase el capítulo 3 "INSTRUCCIONES DE CONEXIÓN A TIERRA ELÉCTRICA" en la página 2.

## 1 ESPACIO DE MONTAJE

Este Horno Microondas / Campana Extractora requiere un espacio de montaje sobre una pared según se muestra en la Figura 1. Está diseñado para ser utilizado con gabinetes de pared estándares de 12 pulgadas de profundidad.



12"

30"

15.5"

Al menos 2"

Salpicadero

30" ó más con respecto a la superficie de cocinado

66" ó más con respecto al piso

**Figura 1**

## 2 CONSTRUCCIÓN DE LA PARED

Este Horno Microondas / Campana Extractora debe montarse y soportarse en una pared vertical plana. La pared debe ser plana para instalación apropiada. Si la pared no es plana, utilice espaciadores para llenar los vacíos. La construcción de la pared debe estar compuesta por columnas de madera de 2" x 4" mínimo y muro en seco (dry wall) o revoque con espesor de 3/8" o más. Las superficies de montaje deben ser capaces de soportar un peso de 110 libras - el horno y el contenido - Y el peso de todos los elementos que normalmente se guardarían en el gabinete superior sobre la unidad.

**La unidad debe sujetarse como mínimo a una (1) columna de pared de 2" x 4" o dos (2) columnas de pared de 2" x 3".**

Para encontrar la ubicación de las columnas, debe utilizarse uno de los siguientes métodos:

A. Utilice un localizador de columnas, un dispositivo magnético que localiza las puntillas en la columna.

B. Utilice un martillo para golpear levemente a través de la superficie de montaje para encontrar un sonido macizo. Esto indicará la ubicación de la columna.

El centro de la columna puede ubicarse explorando la pared con una puntilla pequeña para encontrar los bordes de la columna y luego colocando una marca en el punto medio entre los bordes. El centro de cualquier columna adyacente normalmente estará a 16" o 24" en cualquier lado de esta marca.

### ¿NECESITA AYUDA?

Para clientes en Estados Unidos y Canadá llame al
Estados Unidos :1-800-944-9044
Canadá: 1-800-265-8352

**LEA CUIDADOSAMENTE. GUARDE ESTAS INSTRUCCIONES.**

# INSTRUCCIONES DE INSTALACIÓN

## 3 INSTRUCCIONES DE CONEXIÓN A TIERRA ELÉCTRICA

Este aparato debe conectarse a tierra. Este horno está equipado con un cable que tiene un alambre de tierra y enchufe con pata de tierra. Éste debe enchufarse en un tomacorriente de pared instalado apropiadamente y conectado a tierra de acuerdo con el Código Eléctrico Nacional, y los códigos y ordenanzas locales. En caso que se produzca un cortocircuito eléctrico, la conexión a tierra reduce el riesgo de descarga eléctrica proporcionando un alambre de escape para la corriente eléctrica.

**ADVERTENCIA** - El uso inapropiado del enchufe con pata de tierra puede resultar en peligro de descarga e léctrica.

### REQUERIMIENTOS ELÉCTRICOS

El horno está equipado con un enchufe de conexión a tierra, de tres patas. BAJO NINGUNA CIRCUNSTANCIA CORTE O RETIRE LA PATA DE TIERRA DEL ENCHUFE.

NO UTILICE EXTENSIONES DE CABLE.

El Cable de Suministro de Energía y el enchufe deben conectarse en un tomacorriente conectado a tierra de circuito separado de 120 Voltios AC, 60 Hz, 15 Amp, ó más. El tomacorriente debe ubicarse dentro del gabinete ubicado directamente sobre el sitio de montaje del horno microondas mostrado en la Figura 2.

### NOTA:

1. Si tiene preguntas acerca de las instrucciones eléctricas o de conexión a tierra, consulte un electricista calificado.

2. Ni Electrolux ni el distribuidor pueden aceptar ninguna responsabilidad por daño al horno o por lesiones personales resultantes de no seguir los procedimientos correctos de conexión eléctrica.



**Figura 2**

## 4 DUCTO DE ESCAPE DE CAMPANA EXTRACTORA

Cuando la campana extractora tiene escape hacia el exterior, se requiere un ducto de escape de campana. Todo el ducto debe ser metálico, categóricamente no utilice ducto plástico. Verifique que todas las conexiones están sujetadas firmemente. Por favor lea cuidadosamente lo siguiente:

**CONEXIÓN DE ESCAPE:** El escape de la campana ha sido diseñado para conectarse con un ducto rectangular estándar de 3 ¼" x 10". Si se requiere ducto redondo, debe utilizarse un adaptador de rectangular a redondo.

**ESCAPE TRASERO:** Si debe utilizarse un escape trasero o escape horizontal, debe tenerse cuidado de alinear el escape con el espacio entre las columnas, o la pared debe prepararse en el momento de construirse dejando suficiente espacio entre las columnas de pared para acomodar el escape.

**LONGITUD MÁXIMA DEL DUCTO:** Para movimiento satisfactorio del aire, la longitud total del ducto rectangular de 3 ¼" x 10" ó del ducto redondo con diámetro de 6" no debe exceder 140 pies (42.7 m).

Los codos, adaptadores, tapas de pared, tapas de techo, etc., presentan resistencia adicional al flujo de aire y son equivalentes a una sección recta de ducto con longitud superior a su longitud física real. Cuando se calc ula la longitud total, agregue las longitudes equivalentes de todas las transiciones y adaptadores más la longitud de todas las secciones rectas de ducto. La Figura 3 muestra la longitud equivalente aproximada en pies de algunas partes de ducto típicas. Utilice los valores dentro de paréntesis para calcular la resistencia al flujo de aire equivalente que debe ser un valor total inferior a 140 pies (42.7 m).



| | | | |
|---|---|---|---|
| 90° Codo (10 pies.) | 45° Codo (5 pies.) | Adaptador (5 pies.) | Codo Ancho de 10 pulgadas (10 |
| 90° Codo (25 pies.) | 45° Codo (5 pies.) | Tapa de Pared (40 pies.) | Tapa de Techo (24 pies.) |

**Figura 3**

# INSTRUCCIONES DE INSTALACIÓN

## 5 HERRAMIENTAS RECOMENDADAS PARA LA INSTALACIÓN

- Atornillador Phillips
- Taladro eléctrico
- Brocas de $1/2$", $5/8$" y $3/32$"
- Broca para madera de $1 1/2$"" ó Cortador de orificios en metal (si se utiliza gabinete metálico)
- Scie pour couper l'ouverture d'évacuation (s'il y a lieu)
- Sierra para cortar el orificio de escape (si se requiere)
- Paño para proteger el horno – también se puede utilizar cartón para protección
- Tijeras
- Lápiz
- Cinta para medir

## 6 HERRAJES DE INSTALACIÓN

Los HERRAJES DE INSTALACIÓN (elementos ① à ⑦ ) empacados con el horno deben contener lo siguiente:

| Elemento | Nombre | Cantidad |
|---|---|---|
| ① | Tornillo para Madera de 5 x 35 mm | 6 |
| ② | Perno de Anclaje de $3/16$" | 4 |
| ③ | Tornillo Gabinete Superior de 5 x 85 mm | 2 |
| ④ | Arandela Plana con diámetro de 30 mm | 2 |
| ⑤ | Anillo de Refuerzo | 1 |
| ⑥ | Tornillo Auto-Perforante de 4 x 8 mm | 4 |
| ⑦ | Regulador de Succión de Extracción | 1 |
| ⑧ | Filtros de grasa | 2 |

## 7 PREPARACIÓN DEL HORNO

1. Abra la parte inferior de la caja de cartón, doble hacia atrás las alas de la caja de cartón y voltee la caja para colocar el horno sobre el cojín de espuma plástica. Levante la caja de cartón fuera del horno y saque todos los materiales de empaque, las Instrucciones de Instalación, la Plantilla de Pared, el Filtro de Carbón Vegetal, la Bandeja Giratoria y el Soporte de Bandeja Giratoria; sin embargo, NO RETIRE LA CUBIERTA DE GUÍA DE ONDAS que está ubicada en el techo dentro de la cavidad del horno. GUARDE LA CAJA DE CARTÓN YA QUE ÉSTA PODRÍA FACILITAR LA INSTALACIÓN.

2. REVISE EL HORNO. Revise el horno en cuanto a daño, tal como puerta desalineada o doblada, sellos y superficies de sellado de puerta dañadas, bisagras y cerrojos de puerta rotos o flojos, y abolladuras dentro de la cavidad o en la puerta. Si existe algún daño, no opere el horno y comuníquese con su distribuidor o con el PROVEEDOR DE SERVICIOAUTORIZADO DE ELECTROLUX.



Placa de Montaje

**Figura 5**



Utilice con gabinetes metálicos. Bordee el orificio para el cable de energía. Corte para ajustar.

**Figura 4**

**Las partes mostradas no están a escala.**

# INSTRUCCIONES DE INSTALACIÓN

## 8  SISTEMA DE ESCAPE
### (PREPARACIÓN DEL HORNO PARA INSTALACIÓN)

Este Horno Microondas / Campana Extractora está diseñado para adaptación a tres tipos de sistemas de escape para campanas. Seleccione el tipo requerido para su instalación.

**RECIRCULACIÓN** — sin escape al exterior, sin ducto. Siga el procedimiento de instalación (A). La recirculación requiere el uso del Filtro de Carbón Vegetal, que está instalado en el horno.

**ESCAPE HORIZONTAL** — extracción hacia el exterior. Siga el procedimiento de instalación (B).

**ESCAPE VERTICAL** — extracción hacia el exterior. Siga el procedimiento de instalación (C).

### (A) RECIRCULACIÓN: OPERACIÓN SIN ESCAPE HACIA EL EXTERIOR, SIN DUCTO

1. La unidad es enviada ensamblada para recirculación.
2. El Regulador de Succión de Extracción no se requiere para extracción tipo recirculación.
3. El filtro de carbón, instalado en su horno microondas, sirve para la instalación de recirculación, cuando no hay ventilación. El Filtro de Carbón debe reemplazarse cada 6 a 12 meses, dependiendo del uso. Extraiga los tres tornillos de la rejilla protectora. Incline la rejilla protectora hacia abajo y después tire hacia fuera de tal modo que las pestañas inferiores se desbloqueen. Tire del filtro de carbón hacia arriba para quitarlo del horno. Sujete el Filtro de Carbón al lateral superior del horno deslizándolo dentro de las lengüetas. Véase la Figura 6-1, 6-2.

### (B) ESCAPE HORIZONTAL: EXTRACCIÓN HACIA EL EXTERIOR

1. Remueva y guarde los 2 tornillos del borde trasero y 1 tornillo de la parte central superior de la Cubierta del Ventilador. Remueva la Cubierta del Ventilador deslizándola en dirección opuesta a la flecha indicada sobre la Cubierta de Ventilador, según se muestra en la Figura 7.

2. Extraiga cuidadosamente la Unidad de Ventilador de la Campana Extractora y deslice los cables hacia fuera. Véase la Figura 8. **PRECAUCIÓN: No halar ni forzar los cables del ventilador de campana extractora.**

3. Rote la Unidad de Ventilador de Campana Extractora y gire de modo que las aberturas de aspas del ventilador queden dirigidas hacia la parte trasera del horno. Coloque nuevamente la Unidad de Ventilador de Campana Extractora dentro del horno. Tenga cuidado de no pellizcar el cable conductor entre el soporte interior y la Unidad de Ventilador de Campana extractora. Véase la Figura 9.

4. Coloque el cable conductor dentro de la Caja de Alambres. Véase la Figura 10.

5. Coloque nuevamente la Cubierta del Ventilador deslizándola dentro de las ranuras en la misma dirección de la flecha indicada sobre la Cubierta del Ventilador. Asegúrese que las aspas del ventilador son visibles a través de las aberturas traseras del horno antes de proceder. Sujete la Cubierta del Ventilador a la unidad mediante los 3 tornillos que se retiraron en el Paso 1 anterior. Véase la Figura 11. La Unidad de Ventilador de la Campana Extractora ahora está girada para operación de escape horizontal.

6. Sujete el Regulador de Succión de Extracción a la parte trasera de la Placa de Montaje deslizándolo dentro de las ranuras. Véase la Figura 10. Utilice dos Tornillo Auto-perforante de 4 x 8 mm de los HERRAJES DE INSTALACIÓN y apriete para colocar en su sitio.



**Luz del horno**   **Filtro de carbón**

**Tronillo de la rejilla protectora**

**rejilla protectora**

**Figura 6-1**

**Lengüetas inferior**



**Lengüetas**

**Lengüetas**

**Figura 6-2**



**Cubierta del Ventilador**

**Parte Trasera del Horno**

**Figura 7**

**Figura 8**

**Figura 9**

# INSTRUCCIONES DE INSTALACIÓN



Cubierta del Ventilador

Regulador de Succión
de Extracción

Tornillo Auto-perforante

**Figura 10**

## 8  SISTEMA DE ESCAPE
### (PREPARACIÓN DEL HORNO PARA INSTALACIÓN)

### (C) ESCAPE VERTICAL: VENTILATION EXTÉRIEURE

1. Remueva y guarde los 2 tornillos del borde trasero y 1 tornillo de la parte central superior de la Cubierta del Ventilador. Remueva la Cubierta del Ventilador deslizándola en dirección opuesta a la fecha indicada sobre la Cubierta del Ventilador según se muestra en la Figura 7.

2. Extraiga cuidadosamente la Unidad de Ventilador de la Campana Extractora y deslice los cables hacia fuera de la Caja de Alambres. Véase la Figura 8.

   **PRECAUCIÓN:** No halar ni forzar los cables del ventilador de la campana extractora.

3. Gire la Unidad de Ventilador de la Campana Extractora. Rote 90° la Unidad de Ventilador de la Campana Extractora de modo que las aberturas de aspas del ventilador queden dirigidas hacia arriba. Coloque nuevamente la Unidad de Ventilador de la Campana Extractora dentro del horno. Tenga cuidado de no pellizcar el cable conductor entre el soporte interior y la Unidad de Ventilador de la Campana Extractora. Véase la Figura 11.

4. Coloque el cable conductor dentro de la Caja de Alambres. Véase la Figura 11.

5. Coloque nuevamente la Cubierta del Ventilador deslizándola dentro de las ranuras en la misma dirección de la flecha indicada sobre la Cubierta del Ventilador. Asegúrese que las aspas del ventilador son visibles a través de las aberturas superiores del horno antes de proceder. Sujete la Cubierta del Ventilador a la unidad mediante los 3 tornillos que se retiraron en el Paso 1 anterior. Véase la Figura 10. La Unidad de Ventilador de la Campana Extractora ahora está girada para operación de escape vertical.

6. Después de montar el horno, sujete el Regulador de Succión de Extracción a la cubierta del ventilador ubicada en la parte superior del horno. Para sujetar el Regulador de Succión de Extracción, remítase al capítulo "MONTAJE DEL HORNO EN LA PARED", página 6 Figura 17.



Rotation de 90°

**Figura 11**

## 9  INSTALACIÓN DEL HORNO

ESTE HORNO NO PUEDE INSTALARSE APROPIADAMENTE SI NO SE CONSULTAN LAS INSTRUCCIONES DE MONTAJE QUE SE ENCUENTRAN EN AMBAS PLANTILLAS.

EL SIGUIENTE PASO ES LEER Y SEGUIR LA INFORMACIÓN DE MONTAJE QUE SE ENCUENTRA TANTO EN EL GABINETE SUPERIOR Y EN LAS PLANTILLAS DE PARED.

**NOTA:** ESTE HORNO DEBE SUJETARSE A AL MENOS UNA COLUMNA DE PARED.

### PLACA DE MONTAJE

1. Separe los 4 Pernos de Anclaje, empacados en los HERRAJES DE INSTALACIÓN, de las Tuercas de Anclaje.

2. **IMPORTANTE** Utilice tornillos para madera para sujetar la placa de montaje a la columna o columnas. Utilice los Pernos de Anclaje para sujetar la placa de montaje a través de los orificios en A, B, C y D a menos que ESTOS ORIFICIOS ESTÉN UBICADOS SOBRE LA COLUMNA. Inserte un Perno de Anclaje en A, B, C y D donde sea apropiado (éstos corresponden a los orificios de la Plantilla de Pared) y coloque las Tuercas de Anclaje sobre los Pernos de Anclaje. Figura 13. Remítase a las instrucciones en la Plantilla de Pared. 

3. Coloque la Placa de Montaje con los Pernos de Anclaje sujetados, en el sitio de pared e inserte los Pernos y Tuercas de Anclaje a través de los orificios en la pared con las Tuercas de Anclaje cerradas. Figura 15. Utilice Tornillos para Madera.

   **NOTA:** Antes de la inserción, asegúrese de dejar un espacio superior al espesor de la pared entre la Placa de Montaje y el extremo de cada una de las Tuercas de Anclaje (en la posición cerrada). Si usted no deja

# INSTRUCCIONES DE INSTALACIÓN

## 9  INSTALACIÓN DEL HORNO cont.

suficiente espacio, la Tuerca de Anclaje no podrá abrirse en el otro lado de la pared. Además, una vez que la Tuerca de Anclaje se abre, ésta no puede retirarse del orificio; por lo tanto asegúrese que todos los Anclajes están en la posición correcta antes de la inserción.

4. Alinee cuidadosamente la Placa de Montaje y sostenga en posición mientras aprieta los Pernos de Anclaje. Hale el Perno de Anclaje hacia usted y gire en sentido horario para apretar. Figura 14.

### MONTAJE DEL HORNO EN LA PARED

Il recommandé d'utiliser deux personnes pour placer le four à micro-ondes et sa hotte sur la plaque de fixation.

1. Passez le cordon secteur par le trou fait dans le fond du cofret supérieur.

2. Instale el horno inclinándolo adelante y resbalándolo sobre las lengüetas de la Placa de Montaje. Gire el horno arriba tan descansa contra la pared. Véase la Figura 15.

3. Utilisez les deux vis de cofret supérieur et deux rondelles plates fournies dans la HERRAJES DE INSTALACIÓN pour fixer l'unité sur le cofret supérieur. Véase la Figura 16.

4. Asegurar el fondo del horno a la Placa de Montaje utilice dos Tornillo Auto-perforante de 4 x 8 mm de los HERRAJES DE INSTALACIÓN. Véase la Figura 16.



Figura 15



Tornillo Auto-perforante

Figura 16



Tornillo Auto-perforante

Figura 17



Perno de Anclaje

Tuerca de Anclaje

Placa de Montaje

Figura 12



Deje espaciosuperior alespesor depared

Pared

Figura 13

Figura 14

## INSTRUCCIONES DE INSTALACIÓN

## LISTA DE VERIFICACIÓN PARA INSTALACIÓN

1. Asegúrese que la unidad ha sido instalada de acuerdo con todas las Instrucciones de Instalación y las Plantillas de Pared y las Plantillas del Gabinete Superior.

2. Enchufe el cable de energía.

3. Guarde el Manual de Operación.

## NOTAS

| INSTRUCTIONS D'INSTALLATION | Four à micro-ondes monté au dessus d'une cuisinière |
|---|---|

## AVANT DE COMMENCER — *Lisez ces instructions attentivement et en tota lité.*

- **IMPORTANT** Conservez ces instructions pour l'inspecteur local.
- **IMPORTANT** Respectez toutes les réglementations applicables.
- **NOTE POUR L'INSTALLATEUR** – Veuillez laisser ces instructions chez le consommateur.
- **NOTE POUR LE CONSOMMATEUR** – Conservez ces instructions comme référence ultérieure.
- **EXPERTISE MINIMUM** – L'installation de cet appareil nécessite des connaissances de base en mécanique et en électricité.

- La bonne installation est de la responsabilité de l'installateur.
- Une panne du produit résulta nt d'une mauvaise installation n'est pas couverte par la garantie.
- Veuillez lire attentivement toutes les instructions avant d'installer le système de four à micro-ondes à hotte intégrée. Nous recommandons que deux personnes collaborent à l'installation de cet appareil.
- Faites appel à un électricien de métier s'il faut d'abord installer une nouvelle prise de courant pour le four à micro-ondes à hotte intégrée. Voir paragraphe **3 INSTRUCTIONS DE MISE À LA TERRE** à la page 2.

## 1   L'ESPACE DE SUPPORT

La Schéma 1 vous montre l'espace de montage nécessaire à ce four à micro-ondes à hotte intégrée. Il est conçu pour être employé avec des armoires suspendues d'une taille standard de 12 po (30,5 cm).



12po
30po
15.5po
Au moins 2 po (5,1 cm)
Dosseret
À 30 po (76,2 cm) au moins de la surface de cuisson
À au moins 66 po (167,6 cm) du sol

**Schéma 1**

## 2   CONSTRUCTION DU MUR

Le four à micro-ondes à hotte intégrée doit être monté sur et supporté par un mur vertical plat. Pour une installation correcte, le mur doit être plat. Si ce n'est pas le cas, employez des entretoises pour remplir les espaces. La construction du mur doit avoir des poteaux muraux de 2 x 4 po et une cloison sèche ou un plâtrage/bacula d'au moins 3/8 po (9,5 mm) d'épaisseur. Les surfaces de montage doivent pouvoir supporter un poids de 110 lb. (50 kg)— le four et son contenu — ET le poids de tous les articles qui sont normalement entreposés dans l'armoire au-dessus de l'appareil.

**L'appareil sera fixé à au moins un poteau mural de 2 x 4 po ou 2 poteaux de 2 x 3 po.**

Pour trouver l'emplacement des poteaux muraux, vous pouvez employer une des méthodes suivantes :

A. Employez un localisateur de montants, un appareil magnétique qui localise les clous dans le poteau.

B. Frappez doucement avec un marteau le long de la surface de montage pour trouver un son plein. Ceci indiquera l'emplacement du montant.

On peut localiser le centre du poteau vertical en enfonçant un petit clou dans le mur pour trouver les bords du montant, il suffit alors de marquer le centre entre les bords. Le centre des montants suivants se trouvera normalement à 16 ou 24 po (40,6 cm ou à 61 cm) de chaque côté de cette marque.

## BESOIN D'AIDE?

Pour les clients aux États-Unis et au Canada
États-Unis: 1-800-944-9044
Canada: 1-800-265-8352

**Á LIRE ATTENTIVEMENT. INSTRUCTIONS Á CONSERVER.**

# INSTRUCTIONS D'INSTALLATION

## 3  INSTRUCTIONS DE MISE À LA TERRE

Cet appareil doit être mis à la terre. Ce four est équipé d'un cordon d'alimentation avec fil de mise à la terre, et d'une fiche de mise à la terre. Il faut le brancher dans une prise murale qui a été installée correctement et mise à la terre selon le Code national de l'électricité et les codes et décrets locaux. En cas de court-circuit électrique, la mise à la terre réduit les risques de choc électrique en permettant au courant de s'échapper par le fil de mise à la terre.

**AVERTISSEMENT** - Un mauvais usage de la prise de terre peut causer des chocs électriques.

### INSTALLATION ÉLECTRIQUE

Le four est équipé d'une fiche de terre à 3 broches. IL NE FAUT EN AUCUN CAS COUPER OU ENLEVER LA BROCHE DE TERRE DE LA FICHE.

N'UTILISE PAS UNE RALLONGE.

Il faut connecter le cordon d'alimentation et la fiche sur un circuit séparé de 120 volts CA, 60 Hz, 15 A ou plus, avec prise murale simple avec terre. La prise doit être située dans l'armoire directement au-dessus de l'emplacement de montage du four à micro-ondes à hotte intégrée. Comme illustré par le schéma 2.

### REMARQUE:

1. Si vous avez des questions à propos de l'installation électrique ou de la mise à la terre, consultez un électricien de métier ou un réparateur qualifié.

2. Ni Electrolux ni le revendeur ne peuvent accepter aucune responsabilité des dégâts au four, ou des blessures personnelles résultant du non-respect des procédures correctes de connexion électrique.



La terre
Réceptacle

S'ouvrir pour
le cordon de
secteur

Schéma 2

## 4  CONDUIT D'ÉVACUATION DE LA HOTTE

Pour une hotte avec évacuation à l'air libre, il faut installer un conduit d'évacuation à la hotte. Tous les conduits doivent être en métal; n'employez aucun conduit en plastique. Vérifiez que toutes les connexions sont bien serrées. Veuillez lire attentivement ce qui suit :

**CONNEXION DE L'ÉVACUATION :** l'évacuation de la hotte est conçue pour être connectée à un conduit rectangulaire standard de 3 ¼ x 10 po (8,3 cm x 25,4 cm). Si vous avez besoin d'un conduit circulaire, il faut employer un adaptateur rectangulaire à rond.

**ÉVACUATION ARRIÈRE :** si vous employez une évacuation arrière ou horizontale, il faut faire attention de bien aligner l'évacuation avec l'espace entre les poteaux muraux, ou il faut préparer le mur à l'avance et laisser assez d'espace entre les poteaux muraux pour placer l'évacuation.

**LONGUEUR MAXIMUM DU CONDUIT :** pour un mouvement d'air suffisant, la longueur totale du conduit rectangulaire de 3 ¼ x 10 po (8,3 cm x 25,4 cm) ou du conduit circulaire de 6 po (15,2 cm) de diamètre ne doit pas dépasser 140 pi. (42,7 m).

Les coudes, adaptateurs, murs, mitres de toit, etc., présentent une résistance supplémentaire au flux d'air et sont équivalents à une section de conduit droit qui est plus long que leur taille réelle. Quand vous calculez la longueur totale, il faut ajouter les longueurs équivalentes de toutes les transitions ou adaptateurs aux sections de conduit droit. Le schéma 3 montre les longueurs équivalentes approximatives de quelques pièces typiques. Employez les valeurs entre parenthèses pour calculer l'équivalence de résistance du flux d'air, dont le total devra être de moins de 140 pi. (42,7 m).



| | | | |
|---|---|---|---|
| Coude 90° (10 pi.) | Coude 45° (5 pi.) | Adaptateur (5 pi.) | Coude de 10 (10 pi.) |
| Coude 25° (25 pi.) | Coude 45° (5 pi.) | Chapeau mur (40 pi.) | Chapeau toit (24 pi.) |

Schéma 3

# INSTRUCTIONS D'INSTALLATION

## 5 OUTILS RECOMMANDÉS POUR L'INSTALLATION

- Tournevis Phillips
- Perceuse électrique
- Forets de $1/2$", $5/8$" et $3/32$" (13 – 16 – 8 mm)
- Mèche à bois de 1 $1/2$" (38 mm) ou coupe-trou dans métal (si un coffret métallique est utilisé)
- Scie pour couper l'ouverture d'évacuation (s'il y a lieu)
- Toile de protection pour le produit et la cuisinière (vous pouvez aussi réutiliser le carton d'emballage)
- Ciseaux
- Crayon
- Mètre
- Bande autocollante

## 6 MATÉRIEL D'INSTALLATION

Les articles faisant partie du matériel d'installation de ① à ⑦ sont dans le petit sac.:

| Référence | Description | Quantité |
|-----------|-------------|----------|
| ① | Vis à bois 5 x 35 mm | 6 |
| ② | Boulon à ailettes $3/16$ po | 4 |
| ③ | Vis de coffret supérieur 5 x 85 mm | 2 |
| ④ | Rondelle plate diamètre 30 mm | 2 |
| ⑤ | Passe-fils | 1 |
| ⑥ | Vis autotaraudeuse 4 x 8 mm | 4 |
| ⑦ | Ensemble registre d'évacuation | 1 |
| ⑧ | Filtres à graisse | 2 |

## 7 PRÉPARATION DU FOUR

1. Ouvrez le fond du carton, basculez les rabats en arrière et basculez le four pour reposer sur la cale en mousse plastique. Enlevez le carton du four et sortez tous les matériaux d'emballage, les instructions d'installation, le gabarit mural, le gabarit de plafond, le filtre à charbon, le plateau tournant et son support. Cependant N'ENLEVEZ PAS LE CACHE DU GUIDE D'ONDES qui est situé sur le haut de la cavité du four. CONSERVEZ LE CARTON QUI PEUT VOUS FACILITER L'INSTALLATION.

2. VÉRIFIEZ LE FOUR. Cherchez des dommages éventuels sur le four, comme un mauvais salignement ou une torsion de la porte, des dommages au niveau des joints ou des surfaces d'étanchéité, des cassures ou desserrages de charnières ou de verrouillage, des entailles dans la cavité ou sur la porte. Si vous trouvez un quelconque dommage, ne faites pas fonctionner le four et contactez votre revendeur ou UN SERVICE AGRÉÉ DE DÉPANNAGE ELECTROLUX.



Plaque de fixation

**Schéma 5**



**Schéma 4**

**Pièces montrées à des échelles différentes.**

# INSTRUCTIONS D'INSTALLATION

## 8 SYSTÈME DE VENTILATION
### (PRÉPARANT LE FOUR POUR L'INSTALLATION)

Le four à micro-ondes à hotte intégrée est conçu pour s'adapter à trois types de systèmes de ventilation par hotte. Choisissez le type nécessaire pour votre installation.

**RECYCLAGE** — Hotte absorbante, à recyclage. Suivez la procédure d'installation (A). Ce type de hotte demande un filtre au charbon de bois 9, qui se trouve dans la boîte, sous le four.

**ÉCHAPPEMENT HORIZONTAL** — Ventilation extérieure. Suivez la procédure d'installation (B).

**ÉCHAPPEMENT VERTICAL** — Ventilation extérieure. Suivez la procédure d'installation (C).

### (A) À RECIRCULATION D'AIR :
#### OPÉRATION NON-EXHALÉE ET SANS CANAL

1. L'unité est embarquée s'est réunie nécessaire pour un fonctionnement à recirculation d'air.
2. L'ensemble registre d'évacuation n'est pas nécessaire en cas d'évacuation avec recyclage.
3. Le filtre au charbon de bois, installé dans votre four, est pour les installations non-ventilées où l'air est remis en circulation. Ce filtre à charbon doit être remplacé tous les 6 à 12 mois suivant l'utilisation du four. Enlever les trois vis du support d'auvent illustrées. Inclinez l'évent de la hotte vers le bas puis sortez-le pour que les languettes inférieures s'ouvrent. Tirez le filtre au charbon de bois vers le haut pour le retirer de votre four. Fixez-le sur le côté supérieur du four en le glissant dans les taquets (voir le Schéma 6-1, 6-2).



**Schéma 6-1**



**Figura 6-2**

### (B) ÉCHAPPEMENT HORIZONTAL : VENTILATION EXTÉRIEURE

1. Enlevez et conservez 2 vis du bord inférieur et 1 vis du milieu du haut de la ferrure couvercle de ventilateur. Enlevez cette pièce en la glissant dans la direction opposée à la flèche marquée dessus, comme illustré sur le Schéma 7.
2. Enlevez avec précautions l'unité de ventilateur de hotte et dégagez les fils de la boîte de raccordement (voir le Schéma 8). **ATTENTION: Ne tirez pas sur les fils de câblage et ne les étirez pas.**
3. Retournez le ventilateur de hotte de manière à ce que les ouvertures de pale de ventilateur soient dirigées vers l'arrière du four. Remettez le ventilateur de hotte dans le four. Faites attention de ne pas pincer le fil de connexion entre le support interne et le ventilateur de hotte. Voir le Schéma 9.
4. Placez le fil de connexion dans le coffret de fils. Voir le Schéma 10.
5. Remettez en place la ferrure couvercle de ventilateur en la glissant dans les fentes dans la même direction que la flèche marquée dessus. Assurez-vous que les pales de ventilateur sont visibles au travers des ouvertures à l'arrière avant de poursuivre. Fixez la ferrure sur l'appareil avec les 3 vis enlevées à l'étape 1 précédente (voir le Schéma 11). L'unité de ventila teur de hotte est maintenant positionnée pour un fonctionnement en évacuation à l'horizontale.
6. Attachez l'assemblage du registre d'échappement sur le dos de l'unité. Consultez la Figure 10. Utilisez deux vis autotaradeuses 4 x 8 mm dans les PIÈCES D'INSTALLATION et serrez bien en place.



**Schéma 7**

**Schéma 8**

**Schéma 9**

# INSTRUCTIONS D'INSTALLATION



Couvercle du ventilateur

Ensemble registre d'évacuation

Vis autotaraudeuse

**Schéma 10**

## 8  SYSTÈME DE VENTILATION
**(PRÉPARANT LE FOUR POUR L'INSTALLATION)** suite

### (C) ÉCHAPPEMENT VERTICAL : VENTILATION EXTÉRIEURE

1. Enlevez et conservez les 2 vis du bord arrière et 1 vis du centre supérieur du support de couvercle du ventilateur. Enlevez le support de couvercle du ventilateur en le faisant coulisser dans la direction opposée à celle indiquée par la flèche sur le support de couvercle du ventilateur, comme indiqué à la Schéma 7.

2. Enlevez soigneusement le ventilateur de hotte et retirez les fils du coffret de fils. Voir Schéma 8.
   **ATTENTION : Ne tirez pas sur les fils de câblage et ne les étirez pas.**

3. Retournez le ventilateur de hotte et faites-le tourner de 90 degrés de manière à ce que les ouvertures de pale de ventilateur soient dirigées vers le haut. Remettez le ventilateur de hotte dans le four. Faites attention de ne pas pincer le fil de connexion entre le support interne et le ventilateur de hotte. Voir Schéma 11.

4. Placez le fil de connexion dans la boîte de raccordement (voir le Schéma 11).

5. Remettez en place la ferrure couvercle de ventilateur en la glissant dans les fentes dans la même direction que la flèche marquée dessus. Assurez-vous que les pales de ventilateur sont visibles au travers des ouvertures à l'arrière avant de poursuivre. Fixez la ferrure sur l'appareil avec les 3 vis enlevées à l'étape 1 précédente (voir le Schéma 10). L'unité de ventilateur de hotte est maintenant positionnée pour un fonctionnement en évacuation à la verticale.

6. Fixez l'ensemble registre d'évacuation au couvercle de ventilateur sur le dessus du coffret de carter avant de

monter le four. Pour fixer l'ensemble registre d'évacuation, reportez-vous à la section MONTAGE MURAL DU FOUR en page 6 (voir le Schéma 17).



Rotation de 90°

**Schéma 11**

## 9  INSTALLATION DE FOUR

CE FOUR NE PEUT ÊTRE INSTALLÉ CONVENABLEMENT QUE SI L'ON SE RÉFÈRE AUX INSTRUCTIONS DE MONTAGE QUI SE TROUVENT SUR LES DEUX GABARITS.

L'ÉTAPE SUIVANTE EST DE LIRE ET DE SUIVRE LES RENSEIGNEMENTS DE MONTAGE QUI SE TROUVENT SUR LES GABARITS D'ARMOIRE SUPÉRIEURE ET DE MUR.

**REMARQUE :** CE FOUR DOIT ÊTRE FIXÉ À AU MOINS UN POTEAU MURAL.

### PLAQUE DE FIXATION

1. Séparez les 4 boulons à ailettes, emballés dans le MATÉRIEL d'INSTALLATION, des écrous à ailettes.

2. **IMPORTANT** **Utilisez des vis à bois pour monter la plaque de fixation sur le ou les montants. Utilisez des boulons à ailettes pour monter la plaque de fixation par ses trous A, B, C et D, SAUF SI CES TROUS TOMBENT SUR LES MONTANTS. Insérez un boulon où il y a lieu en A, B, C ou D (correspondant aux trous du gabarit mural) et montez -y leurs ailettes articulées (voir le Schéma 13).**

   **Reportez -vous aux instructions pour gabarit mural.**

3. Placez la plaque de fixation avec les boulons à ailettes sur le mur et insérez les boulons à ailettes avec leurs écrous dans les trous dans le mur, les ailettes refermées. Schéma 15. Employez les vis à bois pour fixer la plaque de fixation aux poteaux muraux.

   **REMARQUE :** Avant d'insérer les boulons, veillez à laisser un espace supérieur à l'épaisseur du mur entre la plaque de fixation et l'extrémité des écrous à ailettes (en position fermée). Si vous ne laissez pas assez d'espace, l'écrou à ailettes ne pourra pas s'ouvrir de l'autre côté du mur. En outre, une fois que les ailettes sont ouvertes, on ne peut plus enlever le boulon du mur, il faut donc veiller à ce que boulons à ailettes soient dans la bonne position avant de les insérer.

# INSTRUCTIONS D'INSTALLATION

## 9  INSTALLATION DE FOUR suite

4. Alignez soigneusement la plaque de fixation et tenez-la en place pendant que vous serrez les boulons à ailettes. Tirez les boulons à ailettes vers vous et vissez dans le sens des aiguilles d'une montre. Le schéma 14.

### MONTAGE MURAL DU FOUR

Il recommandé d'utiliser deux personnes pour placer le four à micro-ondes et sa hotte sur la plaque de fixation.

1. Passez le cordon secteur par le trou fait dans le fond du cofret supérieur.

2. Installez le four en le faisant pencher vers d'avant et le glissant sur les ailes de la plaque de fixation. Poussez le four vers le haut et vers l' arrière de sorte qu'il cale contre le mur. Consultez la Figure 15.

3. Utilisez les deux vis de coffret supérieur et deux rondelles plates fournies dans la PIÈCES D'INSTALLATION pour fixer l'unité sur le coffret supérieur (voir le Schéma 16).

4. Fixez le fond du four sur la plaque de fixation en vous servant de deux vis autotaradeuses 4 x 8 mm dans les PIÈCES D'INSTALLATION. Consultez la Figure 16.



**Schéma 15**



**Schéma 12**



Vis autotaraudeuse

**Schéma 16**



**Schéma 13**

**Schéma 14**



Vis autotaraudeuse

**Schéma 17**

# INSTRUCTIONS D'INSTALLATION

## PENSE-BÊTE POUR L'INSTALLATION

1. Assurez-vous que l'appareil a été installé en suivant toutes les instructions et en utilisant le gabarit mural et de plafond.

2. Branchez le cordon d'alimentation secteur.

3. Conservez le mode d'emploi.

## REMARQUES