IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE RICE, individually and on behalf of all others similarly situated, | : : : | No. 4:15-cv-00371 |
| | : | (Judge Brann) |
| Plaintiff, | : : | |
| v. | : : | |
| ELECTROLUX HOME PRODUCTS, INC., | : : : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this 10th day of January, 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that this action properly invokes the Court's subject matter jurisdiction. It will therefore be retained in the federal forum.

                                              BY THE COURT:

                                              s/Matthew W. Brann
                                              Matthew W. Brann
                                              United States District Judge