# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELAINE RICE, ALEX KUKICH, ERIKA MENDOZA, JAMES HUNT, and DEAN MAURO, Individually, and on behalf of all others similarly situated, | No. 4:15-CV-00371 <br><br> (Judge Brann) |
| Plaintiffs, | |
| v. | |
| ELECTROLUX HOME PRODUCTS, INC., SHARP MANUFACTURING COMPANY OF AMERICA, a division of SHARP ELECTRONICS CORPORATION; SHARP APPLIANCES THAILAND LIMITED; MIDEA AMERICA CORP.; MIDEA MICROWAVE AND ELECTRICAL APPLIANCES MANUFACTURING CO., LTD; LOWE'S HOME CENTERS, LLC; MODESTO DIRECT APPLIANCE, INC.; and ABC CORP. 1-10, | |
| Defendants. | |

## ORDER

**AND NOW**, this 15th day of October 2018, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that:

1.  Plaintiffs' Ex Parte Motion to Allow Alternative Service on Defendants Midea Microwave and Electrical Appliances Manufacturing Co., Ltd. and Sharp Appliances Thailand Limited Pursuant to Federal Rule of Civil Procedure 4(f)(3), April 30, 2018, ECF No. 160 is **GRANTED in part and DENIED in part**.

2.      Plaintiffs are to serve the Amended Consolidated Class Action
        Complaint on Midea Microwave and Electrical Appliances
        Manufacturing, Company, Limited through the Central Authority of
        the People's Republic of China pursuant to Hague Conference on
        Private International Law and Federal Rule of Civil Procedure 4(h)
        and 4(f)(1).

3.      Service of the Amended Consolidated Class Action Complaint on
        Sharp Appliances Thailand Limited shall be effectuated by the Clerk
        pursuant to Rule 4(h) and 4(f)(2)(C)(ii), which requires "mail that the
        clerk addresses and sends to the [corporation] and that requires a
        signed receipt" at the following address: 64 MOO 5 Tambol
        Bansamuk, Amphur, BangPakong, Chachoengsao Province, Thailand.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge
