UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELAINE RICE, ALEX KUKICH, ERIKA MENDOZA, JAMES HUNT, and DEAN MAURO, individually and on behalf of all other similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., SHARP MANUFACTURING COMPANY OF AMERICA, a Division of SHARP ELECTRONICS CORPORATION, SHARP APPLIANCES THAILAND LIMITED, MIDEA AMERICA CORP., MIDEA MICROWAVE AND ELECTRICAL APPLIANCES MANUFACTURING CO., LTD, LOWE'S HOME CENTERS, LLC, MODESTO DIRECT APPLIANCE, INC. and ABC CORP. 1-10,<br><br>　　　　　　Defendants. | Civil No.: 4:15-cv-00371-MWB<br>Judge Matthew W. Brann |

### ORDER

**AND NOW**, this ___11th___ day of ___September___, 2019, upon consideration of Defendant SHARP APPLIANCES THAILAND LIMITED'S Unopposed Motion to file Exhibit 1 to the Affidavit of Damrong Chotnuchitttrakul, it is hereby ordered

{V0616985.1}

that said Motion is **GRANTED** and that the above-referenced documents shall be filed by the Clerk's Office under seal.

                                               BY THE COURT:

                                       *s/ Matthew W. Brann*
                                       Matthew W. Brann
                                       United States District Judge