# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELAINE RICE, ALEX KUKICH, ERIKA MENDOZA, JAMES HUNT, and DEAN MAURO, Individually, and on behalf of all others similarly situated, | No. 4:15-CV-00371 |
| | (Judge Brann) |
| Plaintiffs, | |
| v. | |
| ELECTROLUX HOME PRODUCTS, INC., SHARP MANUFACTURING COMPANY OF AMERICA, a division of SHARP ELECTRONICS CORPORATION; SHARP APPLIANCES THAILAND LIMITED; MIDEA AMERICA CORP.; MIDEA MICROWAVE AND ELECTRICAL APPLIANCES MANUFACTURING CO., LTD; LOWE'S HOME CENTERS, LLC; MODESTO DIRECT APPLIANCE, INC.; and ABC CORP. 1-10, | |
| Defendants. | |

## **ORDER**

**AND NOW**, this 15th day of January 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Sharp America's Motion to Dismiss, ECF No. 206, is **GRANTED**.

2. Defendant Sharp Thailand's Motion to Dismiss, ECF No. 208, is **GRANTED**.

3. Defendant Midea China's Motion to Dismiss, ECF No. 209, is **GRANTED**.

4. Defendant Midea America's Motion to Dismiss, ECF No. 210, is **GRANTED**.

5. Defendants Electrolux, Lowe's, and Modesto's Partial Motion to Dismiss, ECF No. 211, is **GRANTED IN PART AND DENIED IN PART**.

6. The Rice/Kukich Fourth Cause of Action is dismissed with prejudice as to Plaintiff Kukich's claim against Defendant Electrolux only.

7. The Rice/Kukich Fifth Cause of Action is dismissed with prejudice as to Plaintiff Kukich's claim against Defendant Electrolux only.

8. The Rice/Kukich Sixth Cause of Action is dismissed with prejudice as to Plaintiff Kukich's claim against Defendant Electrolux only.

9. The Mendoza/Hunt First Cause of Action is dismissed with prejudice.

10. The Mendoza/Hunt Second Cause of Action is dismissed with prejudice.

11. The Mendoza/Hunt Third Cause of Action is dismissed with prejudice as to Defendants Midea America, Midea China, Sharp America, and Sharp Thailand only.

12. The Mauro First Cause of Action is dismissed with prejudice.

13. The Mauro Second Cause of Action is dismissed with prejudice.

14. The Mauro Third Cause of Action is dismissed with prejudice.

15. The Mauro Fourth Cause of Action is dismissed with prejudice.

16. A telephone conference call with counsel of record will be scheduled shortly by separate Order.

**IT IS FURTHER ORDERED** that the caption is amended as follows:

| | |
|---|---|
| ELAINE RICE, ALEX KUKICH, ERIKA MENDOZA, and JAMES HUNT, Individually, and on behalf of all others similarly situated, | No. 4:15-CV-00371 (Judge Brann) |
| Plaintiffs, | |
| v. | |
| ELECTROLUX HOME PRODUCTS, INC., LOWE'S HOME CENTERS, LLC; MODESTO DIRECT APPLIANCE, INC.; and ABC CORP. 1-10, | |
| Defendants. | |

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge