IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELAINE RICE, ALEX KUKICH, and DEAN MAURO, Individually, and on behalf of all others similarly situated, | No. 4:15-CV-00371 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| ELECTROLUX HOME PRODUCTS, INC., LOWE'S HOME CENTERS, LLC, and ABC CORP. 1-10, | |
| Defendants. | |

### ORDER

**AND NOW**, this 10th day of March 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. 279) is **GRANTED IN PART AND DENIED IN PART**.

    a. Plaintiff Rice's state tort law claims (Counts 2, 3, and 7) are once again dismissed with prejudice, but only to the extent they seek recovery for pure economic loss.

    b. Plaintiff Mauro's claims for violations of G.B.L. §§ 349 and 350 survive the motion to dismiss.

2. Defendants' answer to the complaint is due no later than March 31, 2021.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge