## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELAINE RICE, ALEX KUKICH, ERIKA MENDOZA, and JAMES HUNT, Individually, and on behalf of all others similarly situated, | No. 4:15-CV-00371 (Judge Brann) |
| Plaintiffs, | |
| v. | |
| ELECTROLUX HOME PRODUCTS, INC., LOWE'S HOME CENTERS, LLC; and MODESTO DIRECT APPLIANCE, INC. | |
| Defendants. | |

## ORDER

**AND NOW**, this 11th day of March 2022, **IT IS HEREBY ORDERED** that

the telephonic status conference scheduled for March 16, 2022 at 2:30 p.m. is

**CANCELLED**.

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge